IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAHEEM LA'MONZE PLATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-789-R |
| | ) |
| DAVID BOWERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Report and Recommendation (Doc. No. 19) entered by United States Magistrate Judge Suzanne Mitchell on April 28, 2023, wherein she recommended that the Court dismiss Plaintiff's due process and equal protection claims for failure to state a claim upon which relief can be granted and decline to exercise supplemental jurisdiction over Plaintiff's fraud claim. Plaintiff has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 19) is ADOPTED in its entirety, and this case is DISMISSED without prejudice. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 6th day of June 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE